**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHER DISTRICT OF WEST VIRGINIA**
**CLARKSBURG DIVISION**

JOSE CASTRO-CRUZ,

Petitioner,

v.

TODD M. LYONS, Acting Director, United
States Immigration and Customs
Enforcement; MARKWAYNE MULLIN,
Secretary of Homeland Security; TODD
BLANCHE, Acting United States Attorney
General; JOHN RIFE, Field Office
Director, Philadelphia Field Office, United
States Immigration and Customs
Enforcement; *in their official capacities*,

Respondents.

Civil Action No. 1:26-CV-00062
(KLEEH)

---

### ORDER GRANTING MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT

The Court having considered the Respondents' Motion for Leave to Exceed the Page Limit, and

for good cause shown, it is hereby ordered that the motion is GRANTED and Respondents may file a

*Response to Amended Petition and Motion* in excess of twenty-five (25) pages.

Upon entry of this Order, the Clerk shall docket *Response to Amended Petition and Motion* and

attached exhibits as its own separate entry.


DATED: ___June 22. 2026_____

_Tom 8 Khvl_____
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA