IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA


JOSE CRUZ CASTRO,

      Petitioner,

   v.                              CIVIL NO. 1:26-CV-62
                                   (KLEEH)

ACTING DIRECTOR, UNITED STATES
IMMIGRATION AND CUSTOMS ENFORCEMENT et al.,

      Respondents.

**ORDER DENYING PETITIONER'S MOTION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM [ECF No. 15] AND GRANTING RESPONDENTS' MOTION FOR PETITIONER TO APPEAR VIRTUALLY [ECF No. 16]**

Pending before the Court is Petitoner's *Motion for Writ of Habeas Corpus ad testificandum* [ECF No. 15] and Respondents' *Motion for Petitioner to Appear Virtually* [ECF No. 16]. The court's power to issue the writ of habeas corpus ad testificandum derives from 28 U.S.C. § 2241(c)(5), which permits the court to order a prisoner brought into court when necessary. United States v. Jackson, 757 F.2d 1486, 1492 (4th Cir. 1985). The issuance of the writ lies in the discretion of the Court. Id. "Unless the application for the writ [of habeas corpus] and the return present only issues of law the person to whom the writ is directed shall be required to produce at the hearing the body of the person detained." 28 U.S.C. § 2243.

Pursuant to 28 U.S.C. §§ 2241(c)(5) and 2243, Petitioner requests that he be transported to the United States Courthouse at

500 West Pike Street, Clarksburg, WV, for the hearing on his Petition for Writ of Habeas Corpus, currently set for June 25, 2026, at 2:00 P.M. Respondents oppose Petitioner's Motion based upon their view that the hearing will only address issues of law. ECF No. 16. In Petitioner's response to Respondents' reply, Petitioner claims Respondents' potential jurisdiction objection will give rise to questions of fact. ECF No. 19.

Presently, only issues of law are before the Court. Thus, it is not necessary to order Petitioner to be brought into court for the hearing. Thus, the Court **DENIES** Petitioner's motion [ECF No. 15]. Finding good cause, the Court **GRANTS** Respondents' Motion for the Petitioner to attend remotely [ECF No. 16]. Petitioner may appear by Zoom at the June 25, 2026, at 2:00 P.M., hearing as follows:

**By Video**
https://www.zoomgov.com/j/1615393258?pwd=RytYTGFhejlLTy9VRH
FNVThnZ3o1QT09
Meeting ID: 161 539 3258
Passcode: 476312

**By Telephone**
+1 646 828 7666 US (New York)
+1 551 285 1373 US
Meeting ID: 161 539 3258
Passcode: 476312

Petitioner's counsel is **DIRECTED** to provide the Zoom information to Petitioner.

It is so **ORDERED.**

2

The Clerk is directed to transmit copies of this Order to counsel of record and all appropriate agencies.

DATED: June 23, 2026

*Tom S Kleeh*
_____
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA

3