IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

JOSE CRUZ CASTRO,

      Petitioner,

    v.                                       CIVIL NO. 1:26-CV-62
                                               (KLEEH)

ACTING DIRECTOR, UNITED STATES
IMMIGRATION AND CUSTOMS ENFORCEMENT et al.,

      Respondents.

## ORDER REGARDING JUNE 25,2026 HEARING

Presently, the Court is scheduled to preside over a hearing in this matter on **June 25, 2026**, at **2:00 p.m.** Based upon the parties' briefing, and as indicated in the Court's prior Order [ECF No. 26], only issues of law are before the Court. Accordingly, the Court will only hear argument regarding whether this Court possesses habeas jurisdiction or is the proper venue for Petitioner's 28 U.S.C. § 2241 claim. Further, this hearing is **RESCHEDULED** to **June 25, 2026**, at **1:30 p.m.**, to accommodate interpreter availability. **THIS IS A CHANGE IN TIME ONLY.**

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record, to Court Interpreter Ana Lahr, and all appropriate agencies.

DATED: June 24, 2026

Tom S Kleeh

THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA